UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*November 3, 2017*

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA, §
§
v. §
§
(1) FREDDY MONTES, §
a/k/a FREDDY MONTEZ, §
a/k/a "KING MONO," §
a/k/a "MONO"; §
§
(2) GIOVANI ALEXANDER ALECIO, §
a/k/a JOSE EDGARDO GONZALEZ, §
a/k/a "WHITEBOY"; §
§
(3) VICTOR JAVIEL GONZALEZ, §
a/k/a VICTOR MANUEL GONZALEZ-CUENAS, §
a/k/a "GORDO," a/k/a "COCHE," §
a/k/a "CHUCHE"; §
§
(4) MELISA DOMINGUEZ, §
a/k/a MELISA BAZAN DOMINGUEZ, §
a/k/a MELISA RUBIO, §
a/k/a MELISA BASAL, §
a/k/a "MISSY," a/k/a "LA GUERA"; §
§
(5) MARIA ANGELICA MORENO-REYNA, §
a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," §
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA"; §
§
(6) WILLIAM ALBERTO LOPEZ, §
a/k/a WILIAM ALBERTO LOPEZ-MORENO, §
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," §
a/k/a "PAYASO," a/k/a "PRINCIPAL"; §
§
(7) ISRAEL JUAREZ SIFUENTES, §
a/k/a "CERILLO"; §
§
(8) ERIK IVAN ALVAREZ-CHAVEZ, §
a/k/a JORGE OVIDIO HERNANDEZ, §
a/k/a GEORGE HERNANDEZ, §
a/k/a "CASA GRANDE," a/k/a "CASA"; §
§
(9) GRISEL SALAS, §
a/k/a "CRIS"; §

Criminal Action No.:

**UNDERSEAL**

# H CR 17-651

1

(10) JOSE RUBEN PALOMO-MARTINEZ;

(11) DENIS AMAYA CABALLERO,
a/k/a DENNIS CABALLERO,
a/k/a CHRISTOPHER CABALLERO,
a/k/a ARNOLD LOPEZ,
a/k/a "KEIKO";

(12) GABRIELA GONZALEZ-FLORES,
a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES,
a/k/a IELA GONZALES;

(13) WALTER LOPEZ,
a/k/a WALTER BARRIOS MORENO,
a/k/a "TAZ";

(14) EDDIE ALEJANDRO TORRES,
a/k/a "MONTERREY";

(15) RAUL MORENO-REYNA,
a/k/a "CONEY,"

(16) JOSE LUIS MORENO,
a/k/a "LUCKY," a/k/a "GORDO";

(17) GILBERT ESPINOZA GARCIA,
a/k/a GIL GARCIA, a/k/a "GIL";

(18) HECTOR REYNA,
a/k/a "PANTERA,"
a/k/a "PANTHER," a/k/a "FLACO";

(19) ANADALIT DUARTE,
a/k/a "PAOLA,"
a/k/a ANN DALIT DUARTE GARCIA;

(20) BIANCA STEPHANIE REYNA,
a/k/a "TROUBLES";

(21) CLAUDIA SORIANO-HERNANDEZ,
a/k/a "PAULINA,"
a/k/a CLAUDIA JACKELY
SORIANO-HERNANDEZ;

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

| (22) JIMMY MEJIA CHAVEZ, | § |
| a/k/a YIMMY MEJIA CHAVEZ, | § |
| a/k/a JIMY JOSUE MEJIA CHAVEZ; and | § |
| | § |
| (23) JUAN CARLOS CONTRERAS | § |
| CERVANTES, | § |
| a/k/a "CARLOS"; | § |
| | § |
| _____ Defendants. _____ | § |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this indictment:

1.     The Southwest Cholos ("SWC") is a criminal organization based in Southwest Houston. In addition to its members, SWC also has associates operating throughout Texas, Mexico, and Central America who act in furtherance of its criminal scheme.

2.     SWC members and associates are engaged in a variety of criminal conduct, including, but not limited to, sex trafficking, the smuggling of illegal aliens into and within the United States, drug trafficking, and the sale of illegal and stolen weapons.

3.     Defendants (1) FREDDY MONTES, a/k/a KING MONO ("KING MONO"), (2) GIOVANI ALEXANDER ALECIO, a/k/a WHITEBOY ("WHITEBOY"), and (5) MARIA ANGELICA MORENO-REYNA, a/k/a PATTY ("PATTY"), are three leaders and members of SWC. KING MONO is one of PATTY's sons.

4.     Another SWC leader and member is (8) ERIK IVAN ALVAREZ-CHAVEZ ("IVAN"). IVAN is PATTY's husband.

5.     In addition to KING MONO, four of PATTY'S other sons are also SWC leaders and members. They are (6) WILLIAM ALBERTO LOPEZ ("WILLIAM"), (13) WALTER

LOPEZ ("WALTER"), (14) EDDIE ALEJANDRO TORRES, a/k/a MONTERREY ("MONTERREY"), and (16) JOSE LUIS MORENO, a/k/a LUCKY ("LUCKY").

6.　　SWC is using the Carriage Way Apartment Complex, located at 6011-6023 Dashwood, in Houston, Texas as one of its centers of operations for its criminal activities. SWC is also using other locations of operations in Houston, Texas, the Rio Grande Valley (Cameron, Hidalgo, Starr, and Webb Counties, Texas), and Cancun, Mexico.

## SEX TRAFFICKING AND PROSTITUTION SCHEME

7.　　One of SWC's criminal activities has been to operate brothels where girls and women work as prostitutes.

8.　　MAVM, EMR, AP, and ABP were adult females whom SWC members and associates forced, threatened, defrauded, and coerced into engaging in prostitution in Houston, Texas. Specifically, at all times material to this Indictment, MAVM, EMR, AP and ABP were individuals who were recruited, enticed, harbored, transported, provided, obtained and maintained in reckless disregard of the fact that means of force, threats of force, fraud, and coercion were used to cause them to engage in commercial sex acts that affected interstate and foreign commerce. They were also imported, transported and travelled in foreign commerce into the United States to engage in prostitution, and held, kept, maintained, controlled supported, employed and harbored in the United States in pursuance of such illegal importation, all of which were due to acts of inducement, enticement, and coercion by one or more of the defendants and their co-conspirators known and unknown to the Grand Jury,.

9.　　NGL was a girl who, beginning at age 14, SWC members and associates caused, recruited, enticed, harbored, transported, provided, obtained and maintained to engage in prostitution for their financial benefit. SWC members and associates did so knowing and in

4

reckless disregard of the fact that means of force, threats of force, fraud, and coercion were used to cause her to engage in a commercial sex act that affected interstate and foreign commerce.

10.　　NGL, MAVM, EMR, AP, and ABP, are collectively referred to in this indictment as "sex trafficking victims."

11.　　BAS is an adult female that SWC members and associates imported and transported in foreign commerce into the United States to engage in prostitution and who SWC members and its associates held, kept, maintained, controlled, supported, employed and harbored in the United States as a prostitute in a brothel controlled by SWC and its associates.

12.　　a.　　NGL, MAVM, EMR, AP, ABP, and BAS were all employed by SWC as prostitutes in brothels SWC and its associates controlled and MAVM, EMR, AP, ABP, and BAS were all smuggled illegally into the United States by SWC and its associates for that purpose.

　　　　b.　　For MAVM, EMR, AP, ABP, and BAS, SWC members and associations would make arrangements for them to cross into the United States illegally for the purpose of working as a prostitute and engaging in commercial sex acts in a "brothel" controlled by SWC members and associates. SWC members and associates would also provide a hotel, house or "stash house" in the vicinity of the United States-Mexico border for them to reside at following their illegal entrance into the United States. SWC members and associates would also transport or make arrangements for their transportation from the United States-Mexico border region of Texas to the Houston, Texas vicinity.

13.　　SWC members and associates used force, threats of force, fraud, and coercion in order to make their sex trafficking victims engage in prostitution. SWC members would often create a "debt" on the part of the sex trafficking victim, such as by smuggling them into the United States, harboring them here illegally, and by convincing them to live in "safe residences"

5

in the United States. In order to pay off that debt, SWC required these sex trafficking victims to engage in commerical sex acts at brothels controlled and operated by SWC members and associates.

14.     As part of this sex trafficking scheme, SWC members and associates would lie to their sex trafficking victims by falsely telling them they were going to work in a restaurant when, in fact, they would work in brothels controlled and operated by SWC members and associates.

15.     As part of this sex trafficking scheme, SWC members and associates would tattoo their names and nicknames on the body of their sex trafficking victims, including NGL, EMR, AP, ABP, and MAVM.

16.     As part of this sex trafficking scheme, SWC members and associates would assault, and threaten to assault, their sex trafficking victims and family members of their sex trafficking victims.

17.     As part of this sex trafficking scheme, SWC members and associates would instruct their sex trafficking victims how much to charge individuals for each commercial sex act, and then divide a portion of the proceeds from the commercial sex act amongst SWC members and associates.

## ALIEN SMUGGLING

18.     Another of SWC's criminal activities was to smuggle aliens into, and transport and harbor them in, the United States in exchange for a fee.

19.     BAS, EB, VRG, EEMH, AQF, HSB, JVM, AL, CC, and WP (collectively referred to as "aliens,") are all individuals who do not have United States citizenship, but whom paid a fee to human smuggling organizations in order to be smuggled into the United States without permission and then transported to specific locations in the United States. SWC was a

part of and worked with these human smuggling organizations to smuggle, transport, and harbor the aliens.

20.     As part of this human smuggling scheme, SWC members and associates would assist the aliens in crossing the United States-Mexico international border without inspection at a place other than a designated port of entry.

21.     As part of this human smuggling scheme, SWC members and associates would transport the aliens to one of many "stash houses" located in the Rio Grande Valley.

22.     As part of this human smuggling scheme, SWC members and associates would conceal, harbor, and shield from detection the aliens at a stash house, and transport them between stash houses.

23.     As part of this human smuggling scheme, SWC members and associates would transport the aliens through and past a United States Border Patrol checkpoint, including checkpoints located in Sarita, Texas and Falfurrias, Texas.

24.     As part of this human smuggling scheme, SWC members and associates would transport the aliens to an area north of the United States Border Patrol checkpoint to another stash house located in or near Houston, Texas.

25.     As part of this human smuggling scheme, SWC members and associates would conceal, harbor, and shield from detection the aliens at a stash house located in or near Houston, Texas.

26.     In exchange for these illicit services, SWC members and associates would receive a fee from the aliens, directly or through the larger human smuggling organization. The fee varied by alien. Some aliens paid prior to passage into the United States. Some aliens paid a

portion of their earnings in the United States after they illegally entered. SWC members and associates received a portion of the fee in exchange for their smuggling services.

## COUNT ONE

### Conspiracy to Engage in Sex Trafficking by Means of Force, Threats, Fraud, and Coercion

Paragraphs 1 through 26 of the Indictment, and Counts Two through Six of the Indictment, are re-alleged and incorporated herein by reference.

Beginning on or about January 10, 2009, and continuing until on or about May 5, 2017, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ, a/k/a "WHITEBOY,"

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ, a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO, a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ, a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY," a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ," and

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO,"

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL,"

HECTOR REYNA, a/k/a "PANTERA," a/k/a "PANTHER," a/k/a "FLACO,"

ANADALIT DUARTE, a/k/a "PAOLA," a/k/a ANN DALIT DUARTE GARCIA, and

BIANCA STEPHANIE REYNA, a/k/a "TROUBLES,"

defendants herein, conspired with one or more other persons to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means in and affecting interstate and foreign commerce, and to knowingly benefit financially and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained and maintained in an affecting interstate and foreign commerce, NGL, MAVM, EMR, AP, and ABP, knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion would be used to cause NGL, MAVM, EMR, AP, and ABP to engage in commercial sex acts, and knowing and in reckless disregard of the fact that NGL had not attained the age of 18 years and that NGL would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

Sex Trafficking of a Minor by Means of Force, Threats, Fraud, and Coercion

Beginning on or before February, 1, 2013, and continuing until on or about May 31, 2013, in the Southern District of Texas,

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

HECTOR REYNA, a/k/a "PANTERA," a/k/a "PANTHER," a/k/a "FLACO,"

ANADALIT DUARTE, a/k/a "PAOLA," a/k/a ANN DALIT DUARTE GARCIA, and

9

BIANCA STEPHANIE REYNA, a/k/a "TROUBLES,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly, in an

affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain,

maintain, patronize, and solicit NGL, a person that had not attained the age of 18 years, and

benefited financially and by receiving anything of value from participation in a venture which

has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, advertising,

maintaining, patronizing and soliciting by any means NGL, knowing and in reckless disregard of

the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of

such means, would be used to cause NGL to engage in a commercial sex act, and (2) NGL,

whom defendants had a reasonable opportunity to observe, had not attained the age of 18 years

and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a), (b), and (c) and 2.

## **COUNT THREE**

### Sex Trafficking by Means of Force, Threats, Fraud, or Coercion

Beginning on or before January 1, 2009, and continuing until on or about December 31,

2011, in the Southern District of Texas,

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ," and

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly, in an

affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and

maintain "MAVM," knowing and in reckless disregard of the fact that means of force, threats of

coerce, fraud, and coercion would be used to cause "MAVM" to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT FOUR

### Sex Trafficking by Means of Force, Threats, Fraud, or Coercion

Beginning on or before April 20, 2012, and continuing until on or about July 18,

2013, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly, in an

affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and

maintain "EMR," knowing and in reckless disregard of the fact that means of force, threats of

coerce, fraud, and coercion would be used to cause "EMR" to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT FIVE

<u>Sex Trafficking by Means of Force, Threats, Fraud, or Coercion</u>

Beginning on or before September 1, 2012, and continuing until on or about September 30, 2013, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILLIAM ALBERTO LOPEZ-MORENO, a/k/a DAVID MALDONADO, a/k/a "PAYSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

and

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY," a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

defendants herein, aided and abetted by each other, and by other persons, did knowingly, in an affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain "AP," knowing and in reckless disregard of the fact that means of force, threats of coece, fraud, and coercion would be used to cause "AP" to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT SIX

<u>Sex Trafficking by Means of Force, Threats, Fraud, or Coercion</u>

Beginning on or before April 1, 2016, and continuing until on or about May 5, 2017, in the Southern District of Texas,

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ, a/k/a "WHITEBOY,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY," and

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly, in an

affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and

maintain "ABP," knowing and in reckless disregard of the fact that means of force, threats of

coerce, fraud, and coercion would be used to cause "ABP" to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## <u>COUNT SEVEN</u>

<u>Conspiracy to Conduct Transportation to Engage in Prostitution</u>

Beginning on or about January 10, 2009, and continuing until on or about May 5, 2017,

in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to knowingly transport and cause the transportation of individuals in foreign commerce with intent that such individuals engage in prostitution, in violation of Title 18, United States Code, Section 371.

<u>MANNER AND MEANS</u>

The unlawful conspiracy was accomplished in the manner and means alleged in paragraphs 1 through 26 of the Indictment, and Counts Eight through Twelve of this Indictment, which are re-alleged and incorporated herein by reference.

<u>OVERT ACTS</u>

In furtherance of this conspiracy, and in order to effect and accomplish its objectives, one or more of the defendants committed in the Southern District of Texas the overt acts alleged in

paragraphs 1 through 26 of the Indictment, and Counts Eight through Twelve of this Indictment, which are re-alleged and incorporated herein by reference.

## COUNT EIGHT

Transportation to Engage in Prostitution

Beginning on or before January 1, 2009, and continuing until on or about December 31, 2011, in the Southern District of Texas,

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

RAUL MORENO-REYNA, a/k/a "CONEY,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly transport and cause the transportation of an individual "MAVM" in interstate and foreign commerce with intent that such individual engage in prostitution.

In violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT NINE

Transportation to Engage in Prostitution

Beginning on or before April 20, 2012, and continuing until on or about July 18, 2013, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly transport and cause the transportation of an individual "EMR" in interstate and foreign commerce with intent that such individual engage in prostitution.

In violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT TEN

### Transportation to Engage in Prostitution

Beginning on or before September 1, 2012, and continuing until on or about September 30, 2013, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILLIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

and

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

defendants herein, aided and abetted by each other, and by other persons, did knowingly transport and cause the transportation of an individual "AP" in interstate and foreign commerce with intent that such individual engage in prostitution.

In violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT ELEVEN

Transportation to Engage in Prostitution

Beginning on or before April 1, 2016, and continuing until on or about May 5, 2017, in the Southern District of Texas,

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly transport and cause the transportation of an individual "ABP" in interstate and foreign commerce with intent that such individual engage in prostitution.

In violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT TWELVE

Transportation to Engage in Prostitution

Beginning on or before April 12, 2017, and continuing until on or about April 19, 2017,

in the Southern District of Texas,

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO," and

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly

transport and cause the transportation of an individual "BAS" in interstate and foreign commerce

with intent that such individual engage in prostitution.

In violation of Title 18, United States Code, Sections 2421(a) and 2.

## COUNT THIRTEEN

Conspiracy to Entice and Coerce Another to Travel
in Interstate or Foreign Commerce for Prostitution

Beginning on or about January 1, 2009, and continuing until on or about May 5, 2017, in

the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,

a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to induce, entice and coerce others travel in foreign commerce with intent that those individuals engage in prostitution and sexual activity for which a person can be charged with a criminal offense., in violation of Title 18, United States Code, Section 371.

## MANNER AND MEANS

The unlawful conspiracy was accomplished in the manner and means alleged in paragraphs 1 through 26 of the Indictment, and Counts Fourteen through Seventeen of this Indictment, which are re-alleged and incorporated herein by reference.

## OVERT ACTS

In furtherance of this conspiracy, and in order to effect and accomplish its objectives, one or more of the defendants committed in the Southern District of Texas the overt acts alleged in paragraphs 1 through 26 of the Indictment, and Counts Fourteen through Seventeen of this Indictment which are re-alleged and incorporated herein by reference.

## **COUNT FOURTEEN**

Enticing and Coercing Another to Travel in Interstate or Foreign Commerce for Prostitution

Beginning on or before January 1, 2009, and continuing until on or about December 31, 2011, in the Southern District of Texas,

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO, a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY," a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

RAUL MORENO-REYNA, a/k/a "CONEY,"

defendants herein, aided and abetted by each other, did knowingly induce, entice and coerce "MAVM" to travel in foreign commerce, from Mexico to Texas, with intent that "MAVM" engage in prostitution and sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT FIFTEEN

Enticing and Coercing Another to Travel in Interstate or Foreign Commerce for Prostitution

Beginning on or before April 20, 2012, and continuing until on or about July 18, 2013, in

the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly induce,

entice, and coerce "EMR" to travel in foreign commerce, from Mexico to Texas, with intent that

"EMR" engage in prostitution and sexual activity for which a person can be charged with a

criminal offense.

In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT SIXTEEN

Enticing and Coercing Another to Travel in Interstate or Foreign Commerce for Prostitution

Beginning on or before September 1, 2012, and continuing until on or about September

30, 2013, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILLIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

and

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

defendants herein, aided and abetted by each other, and by other persons, did knowingly induce,

entice and coerce "AP" to travel in foreign commerce, from Mexico to Texas, with intent that

"AP" engage in prostitution and sexual activity for which a person can be charged with a

criminal offense.

In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT SEVENTEEN

Enticing and Coercing Another to Travel in Interstate or Foreign Commerce for Prostitution

Beginning on or before April 1, 2016, and continuing until on or about May 5, 2017 in

the Southern District of Texas,

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO," and

RAUL MORENO-REYNA, a/k/a "CONEY,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly induce,

entice, and coerce "ABP" to travel in foreign commerce, from Mexico to Texas, with intent that

"ABP" engage in prostitution and sexual activity for which a person can be charged with a

criminal offense.

In violation of Title 18, United States Code, Sections 2422(a) and 2.

## **COUNT EIGHTEEN**

<u>Conspiracy to Bring In, Transport, Move, Conceal, Harbor,
and Shield From Detection Illegal Aliens</u>

Beginning on or about April 17, 2017, and continuing until on or about July 24, 2017, in

the Southern District of Texas,

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO," and

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GRISEL SALAS, a/k/a "CRIS," and

JOSE RUBEN PALOMO-MARTINEZ, and

DENIS AMAYA CABALLERO, a/k/a DENNIS CABALLERO,
a/k/a CHRISTOPHER CABALLERO, a/k/a ARNOLD LOPEZ, a/k/a "KEIKO,"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to knowingly and in reckless disregard of the fact that certain aliens had come to, entered, or remained in the United States in violation of law, transport, move, conceal, harbor, shield from detection, and conspire to transport, move, conceal, harbor, and shield from detection such aliens within the United States, and did so in furtherance of the aliens entering or remaining in the United States in violation of law, and did so for the purpose of commercial advantage and private gain, and in so doing, did place the lives and physical safety of said aliens in jeopardy.

In violation of Title 8, United States, Code, Sections 1324(a)(1)(A)(ii), (iii) and (v)(I), and 1324(a)(1)(B)(i), and (iii).

## MANNER AND MEANS

The unlawful conspiracy was accomplished in the manner and means alleged in paragraphs 1 through 26 of the Indictment, and Counts Nineteen through Twenty-one of this Indictment, which are re-alleged and incorporated herein by reference.

## OVERT ACTS

In furtherance of this conspiracy, and in order to effect and accomplish its objectives, one or more of the defendants committed in the Southern District of Texas the overt acts alleged in paragraphs 1 through 26 of the Indictment, and Counts Nineteen through Twenty-one of this Indictment which are re-alleged and incorporated herein by reference.

## **COUNT NINETEEN**

### Transporting, Moving, Concealing, Harboring, Shielding From Detection, and Conspiring to Transport, Move, Conceal, Harbor and Shield From Detection Aliens

On or about April 19, 2017, in the Southern District of Texas,

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO," and

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

defendants herein, aided and abetted by each other, did knowingly and in reckless disregard of

the fact that a certain alien had come to, entered, or remained in the United States in violation of

law, transport, move, conceal, harbor, shield from detection, and conspire to transport, move,

conceal, harbor, and shield from detection such alien within the United States, and did so in

furtherance of the aliens entering or remaining in the United States in violation of law, and did so

for the purpose of commercial advantage and private gain.

In violation of Title 8, United States, Code, Sections 1324(a)(1)(A)(ii), (iii) and (v), and

1324(a)(1)(B)(i).

## COUNT TWENTY

Transporting, Moving, Concealing, Harboring, Shielding From Detection, and Conspiring to
Transport, Move, Conceal, Harbor and Shield From Detection Aliens

On or about July 17, 2017, in the Southern District of Texas,

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GRISEL SALAS, a/k/a "CRIS," and

25

JOSE RUBEN PALOMO-MARTINEZ,

defendants herein, aided and abetted by each other, did knowingly and in reckless disregard of the fact that certain aliens had come to, entered, or remained in the United States in violation of law, transport, move, conceal, harbor, shield from detection, and conspire to transport, move, conceal, harbor, and shield from detection such aliens within the United States, and did so in furtherance of the aliens entering or remaining in the United States in violation of law, and did so for the purpose of commercial advantage and private gain, and in so doing, did place the lives and physical safety of said aliens in jeopardy.

In violation of Title 8, United States, Code, Sections 1324(a)(1)(A)(ii), (iii) and (v), and 1324(a)(1)(B)(i), and (iii).

## COUNT TWENTY-ONE

Transporting, Moving, Concealing, Harboring, Shielding From Detection, and Conspiring to Transport, Move, Conceal, Harbor and Shield From Detection Aliens

On or about July 24, 2017, in the Southern District of Texas,

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ, a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

DENIS AMAYA CABALLERO, a/k/a DENNIS CABALLERO, a/k/a CHRISTOPHER CABALLERO, a/k/a ARNOLD LOPEZ, a/k/a "KEIKO," and

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

defendants herein, aided and abetted by each other, did knowingly and in reckless disregard of the fact that certain aliens had come to, entered, or remained in the United States in violation of law, transport, move, conceal, harbor, shield from detection, and conspire to transport, move, conceal, harbor, and shield from detection such aliens within the United States, and did so in

furtherance of the aliens entering or remaining in the United States in violation of law, and did so for the purpose of commercial advantage and private gain.

In violation of Title 8, United States, Code, Sections 1324(a)(1)(A)(ii), (iii) and (v), and 1324(a)(1)(B)(i).

## COUNT TWENTY-TWO

### Conspiracy to Import Aliens for Immoral Purposes

Beginning on or about January 10, 2009, and continuing until on or about May 5, 2017, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ, a/k/a "WHITEBOY,"

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ, a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO, a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ, a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY," a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO," and

27

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to knowingly import into the United States, aliens for the purpose of prostitution, and did knowingly hold aliens in pursuance of the importatation of said aliens into the United States for the purpose of prostitution, and did knowingly keep, maintain, control, support, employ, and harbor aliens in pursuance of the importatation of said aliens into the United States for the purpose of prostitution.

In violation of Title 8, United States Code, Section 371.

## MANNER AND MEANS

The unlawful conspiracy was accomplished in the manner and means alleged in paragraphs 1 through 26 of the Indictment, and Counts Twenty-three through Twenty-seven of this Indictment, which are re-alleged and incorporated herein by reference.

## OVERT ACTS

In furtherance of this conspiracy, and in order to effect and accomplish its objectives, one or more of the defendants committed in the Southern District of Texas the overt acts alleged in paragraphs 1 through 26 of the Indictment, and Counts Twenty-three through Twenty-seven of this Indictment, which are re-alleged and incorporated herein by reference.

## COUNT TWENTY-THREE

### Importation of Alien for Immoral Purpose

Beginning on or before January 1, 2009, and continuing until on or about December 31, 2011, in the Southern District of Texas,

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

RAUL MORENO-REYNA, a/k/a "CONEY,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly import into the United States, "MAVM," an alien, for the purpose of prostitution, and did knowingly hold "MAVM," an alien, in pursuance of the importatation of said alien into the United States for the purpose of prostitution, and did knowingly keep, maintain, control, support, employ, and harbor "MAVM," an alien, in pursuance of the importatation of said alien into the United States for the purpose of prostitution.

In violation of Title 8, United States Code, Section 1328 and 18, United States Code, Section 2.

## COUNT TWENTY-FOUR

Importation of Alien for Immoral Purpose

Beginning on or before April 20, 2012, and continuing until on or about July 18, 2013, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly import

into the United States, "EMR," an alien, for the purpose of prostitution, and did knowingly hold

"EMR", an alien, in pursuance of the importatation of said alien into the United States for the

purpose of prostitution, and did knowingly keep, maintain, control, support, employ, and harbor

"EMR," an alien, in pursuance of the importatation of said alien into the United States for the

purpose of prostitution.

In violation of Title 8, United States Code, Section 1328 and 18, United States Code,

Section 2.

## COUNT TWENTY-FIVE

Importation of Alien for Immoral Purpose

Beginning on or before September 1, 2012, and continuing until on or about September

30, 2013, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"


and

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"

a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

defendants herein, aided and abetted by each other, and by other persons, did knowingly import into the United States, "AP," an alien, for the purpose of prostitution, and did knowingly hold "AP", an alien, in pursuance of the importatation of said alien into the United States for the purpose of prostitution, and did knowingly keep, maintain, control, support, employ, and harbor "AP," an alien, in pursuance of the importatation of said alien into the United States for the purpose of prostitution.

In violation of Title 8, United States Code, Section 1328 and 18, United States Code, Section 2.

## COUNT TWENTY-SIX

Importation of Alien for Immoral Purpose

Beginning on or before April 1, 2016, and continuing until on or about May 5, 2017, in the Southern District of Texas,

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO," and

RAUL MORENO-REYNA, a/k/a "CONEY,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly import into the United States, "ABP," an alien, for the purpose of prostitution, and did knowingly hold "ABP", an alien, in pursuance of the importatation of said alien into the United States for the purpose of prostitution, and did knowingly keep, maintain, control, support, employ, and harbor "ABP," an alien, in pursuance of the importatation of said alien into the United States for the purpose of prostitution.

In violation of Title 8, United States Code, Section 1328 and 18, United States Code, Section 2.

## COUNT TWENTY-SEVEN

### Importation of Alien for Immoral Purpose

Beginning on or before April 12, 2017, and continuing until on or about April 19, 2017, in the Southern District of Texas,

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO," and

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

defendants herein, aided and abetted by each other, and by other persons, did knowingly import into the United States, "BAS," an alien, for the purpose of prostitution, and did knowingly hold "BAS", an alien, in pursuance of the importatation of said alien into the United States for the

purpose of prostitution, and did knowingly keep, maintain, control, support, employ, and harbor "BAS," an alien, in pursuance of the importatation of said alien into the United States for the purpose of prostitution.

In violation of Title 8, United States Code, Section 1328 and 18, United States Code, Section 2.

## COUNT TWENTY-EIGHT

Possession with Intent to Distribute Heroin

On or about September 12, 2016, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ,
a/k/a "KING MONO," a/k/a "MONO,"

a defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule 1 narcotic controlled substance.

In violation of 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-NINE

Possession with Intent to Distribute at Least 50 Grams of Methamphetamine

On or about December 5, 2016, in the Southern District of Texas,

FREDDY MONTES, a/k/a FREDDY MONTEZ,
a/k/a "KING MONO," a/k/a "MONO,"

a defendant herein, knowingly and intentionally possessed with intent to distribute at least 50 grams of methamphetamine, a Schedule II controlled substance.

In violation of 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THIRTY

Illegal Dealing in Firearms

On or about October 7, 2016, in the Southern District of Texas,

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

and

VICTOR JAVIEL GONZALEZ, a/k/a VICTOR MANUEL GONZALEZ-CUENAS,
a/k/a "GORDO," a/k/a COCHE, a/k/a CHUCHE,

defendants herein, aided and abetted by each other, not being licensed dealers, importers, and manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## COUNT THIRTY-ONE

Convicted Felon in Possession of a Firearm

On or about October 7, 2016, in the Southern District of Texas,

VICTOR JAVIEL GONZALEZ, a/k/a VICTOR MANUEL GONZALEZ-CUENAS,
a/k/a "GORDO," a/k/a COCHE, a/k/a CHUCHE,

a defendant herein, being previously convicted of a crime that is punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting foreign and interstate commerce:

One (1) Glock Model 42 .380 pistol (serial number ABEN203);

One (1) Stoeger Model Cougar 800 9 mm. pistorl (serial number T642913A02889);

One (1) Smith and Wesson Model BG380 .380 pistol (serial number KAX2833); and

One (1) Smith and Wesson Moel SW40VE .40 caliber pistol (serial number PBD3743).

In violation of 18 United States Code, Section 922(g)(1).

## COUNT THIRTY-TWO

Illegal Re-entry

On or about September 7, 2017, in the Southern District of Texas,

CLAUDIA SORIANO-HERNANDEZ, a/k/a "PAULINA,"
a/k/a CLAUDIA JACKELY SORIANO,

a defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT THIRTY-THREE

Illegal Re-entry

On or about September 7, 2017, in the Southern District of Texas,

JIMMY MEJIA CHAVEZ, a/k/a YIMMY MEJIA CHAVEZ,
a/k/a JIMY JOSUE MEJIA CHAVEZ,

a defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and

without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT THIRTY-FOUR

### Illegal Re-entry

On or about September 7, 2017, in the Southern District of Texas,

JUAN CARLOS CONTRERAS CERVANTES, a/k/a "CARLOS,"

a defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT THIRTY-FIVE

### False Statement in an Immigration Document

On or about July 19, 2013, in the Southern District of Texas,

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

the defendant, did knowingly make a false statement that he subscribed as true under oath and penalty of perjury in a Form I-821 Application for Temporary Protected Status, which is a document prescribed under the immigration laws and regulations of the United States, by stating:

(1) His name is Jorge Ovidio Hernandez and the only other name he has ever used is

Jorge O. Hernandez Rosales;

(2) He is a native, citizen and national of El Salvador; and

(3) He was born on September 15, 1975 in Santa Isabel, El Salvador,

and such statements had no reasonable basis in law or fact.

In violation of Title 18, United States Code, Sections 1546(a).


## COUNT THIRTY-SIX

### False Statement in an Immigration Document

On or about March 3, 2015, in the Southern District of Texas,

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

the defendant, did knowingly make a false statement that he subscribed as true under oath and

penalty of perjury in a Form I-821 Application for Temporary Protected Status, which is a

document prescribed under the immigration laws and regulations of the United States, by stating:

(1) His name is Jorge Ovidio Hernandez and the only other name he has ever used is

Jorge Ovidio Hernandez Rosales;

(2) He is a native, citizen and national of El Salvador;

(3) He was born on September 15, 1975 in Santa Isabel, El Salvador;

(4) He has never been convicted of or has ever committed acts which constitute the

essential elements of a crime (other than a purely political offense);

(5) He has never engaged in any other unlawful activity in the United States; and

(6) He has never, by fraud of willfully misrepresenting a material fact, sought to obtain a

visa or other documentation, admission to the United States, or any other immigration

benefit,

and such statements had no reasonable basis in law or fact.

In violation of Title 18, United States Code, Section 1546(a).

## COUNT THIRTY-SEVEN

Aggravated Identity Theft

On or about July 19, 2013, in the Houston Division of the Southern District of Texas,

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

the defendant herein, did knowingly possess and use without lawful authority a means of

identification of another person, to-wit, name, date of birth, and place of birth, and birth

certificate of J.O.H, during and in relation to a violation of Title 18, United States Code, Section

1546(a) (False Statement in an Immigration Document).

In violation of 18 United States Code, Section 1028A.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 924(d) and 28 U.S.C. §2461(c))

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States

Code, Section 2461(c), the United States gives notice to the defendants,

GIOVANMAVMI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

and

VICTOR GONZALEZ, a/k/a VICTOR MANUEL GONZALEZ-CUENAS,
a/k/a "GORDO," a/k/a COCHE, a/k/a CHUCHE,

that in the event of a conviction of an offense in violation of Title 18, United States Code, Sections 922(g) or 924, all firearms and ammunition involved in or used in such offense(s) are subject to forfeiture.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendants,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ, a/k/a "WHITEBOY,"

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ, a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO, a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ, a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY," a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ," and

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO,"

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL,"

HECTOR REYNA, a/k/a "PANTERA," a/k/a "PANTHER," a/k/a "FLACO,"

ANADALIT DUARTE, a/k/a "PAOLA," a/k/a ANN DALIT DUARTE GARCIA,

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO,"

and

BIANCA STEPHANIE REYNA, a/k/a "TROUBLES,"

that in the event of conviction of an offense in violation of 18 U.S.C. §§ 1591 or 1594, the

following property is subject to forfeiture:

(1) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(2) all property, real or personal, constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and any property traceable to such property.

## **NOTICE OF FORFEITURE**
### **(18 U.S.C. § 982(a)(6); 8 U.S.C. § 1324(b) and 28 U.S.C. § 2461(c))**

The United States gives notice to defendants,

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO," and

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GRISEL SALAS, a/k/a "CRIS," and

JOSE RUBEN PALOMO-MARTINEZ, and

DENIS AMAYA CABALLERO, a/k/a DENNIS CABALLERO,
a/k/a CHRISTOPHER CABALLERO, a/k/a ARNOLD LOPEZ, a/k/a "KEIKO,"

that in the event of conviction of an offense in violation of 8 U.S.C. § 1324(a), the following

property is subject to forfeiture:

(1) all conveyances, including vessels, vehicles, and aircraft, used in the commission of the offense pursuant to 18 U.S.C. § 982(a)(6);

(2) all real and personal property that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense pursuant to 18 U.S.C. § 982(a)(6);

(3) all real and personal property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense pursuant to 18 U.S.C. § 982(a)(6); and

(4) all conveyances, including vessels, vehicles, and aircraft, used in the commission of the offense, the gross proceeds of such violation, and all property traceable to such conveyances or proceeds pursuant to 8 U.S.C. § 1324(b) and 28 U.S.C. § 2461(c).

## **NOTICE OF FORFEITURE**
### **(18 U.S.C. § 2428; 18 U.S.C. 981(a)(1)(C) and 28 U.S.C. § 2461(c))**

The United States gives notice to defendants,

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ, a/k/a "WHITEBOY,"

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ, a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI," a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO, a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ, a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY," a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL"

that in the event of conviction of an offense in violation of 18 U.S.C. §§ 2421, 2422, or a

conspiracy to commit such offense(s), the following is subject to forfeiture:

(1) All property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. §§ 2421 or 2422 pursuant to 18 U.S.C. § 2428;

(2) All property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of a violation of 18 U.S.C. §§ 2421 or 2422 pursuant to 18 U.S.C. § 2428; and

(3) All property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 2421 or 2422 or conspiracy to commit such offense(s) pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. §981(a)(1)(C) and 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

Code, Section 2461(c), the United States gives notice to defendants:

FREDDY MONTES, a/k/a FREDDY MONTEZ, a/k/a "KING MONO," a/k/a "MONO,"

GIOVANI ALEXANDER ALECIO, a/k/a JOSE EDGARDO GONZALEZ,
a/k/a "WHITEBOY,"

MELISA DOMINGUEZ, a/k/a MELISA BAZAN DOMINGUEZ,
a/k/a MELISA RUBIO, a/k/a MELISA BASAL, a/k/a "MISSY," a/k/a "LA GUERA,"

MARIA ANGELICA MORENO-REYNA, a/k/a "PATTY," a/k/a "PATTI," a/k/a "PATI,"
a/k/a "AGAPITA," a/k/a "PITA," a/k/a "CUCA,"

WILLIAM ALBERTO LOPEZ, a/k/a WILIAM ALBERTO LOPEZ-MORENO,
a/k/a DAVID MALDONADO, a/k/a "PAYOSO," a/k/a "PAYASO," a/k/a "PRINCIPAL,"

ISRAEL JUAREZ SIFUENTES, a/k/a "CERILLO,"

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

GABRIELA GONZALEZ-FLORES, a/k/a "GABBY," a/k/a "GABY,"
a/k/a GABRIELA FLORES-GONZALES, a/k/a IELA GONZALES,

WALTER LOPEZ, a/k/a WALTER BARRIOS MORENO, a/k/a "TAZ,"

EDDIE ALEJANDRO TORRES, a/k/a "MONTERREY,"

RAUL MORENO-REYNA, a/k/a "CONEY,"

JOSE LUIS MORENO, a/k/a "LUCKY," a/k/a "GORDO," and

GILBERT ESPINOZA GARCIA, a/k/a GIL GARCIA, a/k/a "GIL"

that in the event of conviction of an offense in violation of Title 8, United States Code, Section 1328 or a conspiracy to commit such offense, all property, real or personal, which constitutes or is derived from proceeds traceable to such violation or such conspiracy are subject to forfeiture.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. §982(a)(6))

Pursuant to Title 18, United States Code, Section 982(a)(6), the United States gives notice to defendant,

ERIK IVAN ALVAREZ-CHAVEZ, a/k/a JORGE OVIDIO HERNANDEZ,
a/k/a GEORGE HERNANDEZ, a/k/a "CASA GRANDE," a/k/a "CASA,"

that in the event of conviction of an offense in violation of 18 U.S.C. § 1546, the following is subject to forfeiture:

(1) all conveyances, including vessels, vehicles, and aircraft, used in the commission of the offense;

43

(2) all real and personal property that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

(3) all real and personal property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendant,

FREDDY MONTES, a/k/a FREDDY MONTEZ,
a/k/a "KING MONO," a/k/a "MONO,"

that in the event of conviction of an offense in violation of Title 21, United States Code, Section 841, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

## PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following:

(1) One (1) Glock Model 42 .380 pistol (serial number ABEN203);

(2) One (1) Stoeger Model Cougar 800 9 mm. pistol (serial number T642913A02889);

(3) One (1) Smith and Wesson Model BG380 .380 pistol (serial number KAX2833);

(4) One (1) Smith and Wesson Moel SW40VE .40 caliber pistol (serial number
    PBD3743).

(5) One (1) 2007 black Chevrolet Trailblazer;

(6) One (1) 2013 grey Dodge Ram pickup;

(7) One (1) 2006 white trailer with VIN 1GRAA06216W705993; and

(8) One (1) 2006 blue Peterbilt Motors Co. tractor with VIN 1XPFDB9X26N642109.

### **Money Judgment**

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

### **Substitute Assets**

Defendants are notified that in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants up to the total value of the property subject to forfeiture.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
Acting United States Attorney, Southern District of Texas

_____
Adam Laurence Goldman
Assistant United States Attorney