**COURTROOM MINUTES:**  
The Honorable Nancy K. Johnson  Presiding  
Deputy Clerk: Shannon Jones  
Interpreter Present? ☐ Yes ☑ No   ERO: E Hathis  
USPT/USPO: _____   TIME: 2:35-2:53PM  
☐ OTHER DISTRICT: _____   ☐ DIVISION   THEIR CASE# _____

Clerk, U.S. District Court  
Southern District of Texas  
Filed 11.07.17

**PROCEEDING HELD:**  
☑ Initial Appearance   ☐ Counsel Determination Hearing   ☐ _____  
☐ Bond Hearing   ☐ Identity   ☐ Hearing Continued on _____  
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Other

CASE NUMBER ☑ CR 4:17CR651(2,3)   ☐ MJ _____

DEFT: Giovani Alexander Alecio #2  
Victor Javier Gonzalez #3

AUSA: Adam Goldman

☐ Date of arrest _____   ☐ Rule 5  
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment ☐ Information ☐ Complaint  
  Violation of  ☐ Supervised Release ☐ Probation  
☑ Defendant ☐ Material Witness appeared   ☐ with   ☑ without counsel (2,3)  
☑ Defendant requests appointed counsel (2,3)   ☑ Financial Affidavit executed and sworn (2,3)  
☐ Order appointing Federal Public Defender   ☑ Order appointing private counsel to follow (2,3)  
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____  
☐ Defendant advises that he will retain private counsel.

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ _____ Deposit  
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Surety signatures required as to Defendant(s) _____  
☐ Defendant(s) _____ advised of conditions of release  
☐ BOND EXECUTED and Defendant _____ Released  
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s) (2,3)  
☐ Order of Detention Pending Trial entered as to Defendant(s)  
☐ Bond revoked   ☐ Bond reinstated   ☐ Bond Continued  
☑ Defendant _____ remanded to custody (2,3)   ☐ M/W remanded to custody  
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District  
☐ Court finds: ☐ Probable Cause ☐ Identity

☑ Defendant(s) _____ is/are scheduled on: _____ at _____ for: _____  
(2,3)   ☑ Arraignment   ☐ Counsel Determination Hearing   ☐ Identity Hearing cont.  
(2,3)   ☑ Detention Hearing   ☐ Preliminary Hearing   ☐ Final Revocation Hearing  
  ☐ Bond Hearing

CASE IS UNSEALED AS TO #2,3 REDACTED COPY GIVEN IN COURT