UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-17-CR-651 |
| | § | |
| FREDDY MONTES, | § | |
| a/k/a FREDDY MONTEZ, | § | |
| a/k/a "KING MONO," | § | |
| a/k/a "MONO";  et al. | § | |
| Defendants. | § | |

**SUPPLEMENT TO**
**<u>NOTICE OF FORFEITURE</u>**

The indictment in this case provides notice to defendants of the forfeiture of property. The United States hereby supplements its notice and notifies the Defendants that the property subject to forfeiture includes, but is not limited to, the following specific property:

1. Real property on Berry Road, in Houston, Texas, which is legally described as follows:

   Lot Sixty-Two (62), of DOVERSIDE PLACE, an addition in Harris County, Texas according to the map or plat thereof, recorded in Volume 20, Page 26, of the Map Records of Harris County, Texas.

2. Real property on Clinton Drive, in Houston, Texas, which is legally described as follows:

   That certain 0.13073 acres of land being part of Lot Eight (8) in Block "A" and parts of Lots Three (3), Four (4) and Five (5), in Block Seventy-Seven (77) of PORT OF HOUSTON, an addition in Harris

County, Texas, according to the Map or Plat thereof recorded in Volume 2, Page 51 of the Deed Records of said County, being more particularly described by metes and bounds.

3. Real property on Clinton Drive, in Houston, Texas, which is legally described as follows:

   All that certain tract or parcel of land described as part of Lots Six (6), Seven (7), Eight (8), Nine (9), and Ten (10), in Block Seventy-Seven (77) lying south of North Side Belt Railroad and between said railway and the county highway in PORT ADDITION, N.S.B.B., as per plat or map on file with the County Clerk of Harris County, Texas in Volume 2, Page 51 being more commonly known as 7929 and 7933 Clinton Drive, Houston, Texas.

4. Real property on Coral Street, in Houston, Texas, which is legally described as follows:

   Lot 11, in Block Four (4), of PECAN PARK, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Volume 8, Page 29 of the Map Records of Harris County, Texas.

5. Real property on Shawnee Street, in Houston, Texas, which is legally described as follows:

   Lot Five (5), in Block Twenty-Eight (28), of SUN VALLEY, SECTION FIVE (5), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 79, Page 66, of the Map Records of Harris County, Texas.

6. Real property on La Porte Road, in Houston, Texas, which is legally described as follows:

   Lots Two (2), Three (3), and Four (4) in Block "A" of SMITH & GIBBONS and Addition in Houston, Harris County, Texas, according

to the Map or Plat thereof recorded in the Office of the County Clerk of Harris County, Texas, and commonly known as 8306 and 8312 #5 La Porte Rd, Houston, Texas 77012.

7. Real property on Yorkshire Street, in Houston, Texas, which is legally described as follows:

Lots One Seventy-Eight (178) and One Seventy-Nine (179) of Block Eight (8) COLONIAL GARDENS, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 13, Page 4 of the Map Records of Harris County, Texas.

8. Real property on Irvington Boulevard, in Houston, Texas, which is legally described as follows:

Lot One Eighty (180) of Block Eight (8) COLONIAL GARDENS, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 13, Page 4 of the Map Records of Harris County, Texas.

9. Real property on Woodleigh Street, in Houston, Texas, which is legally described as follows:

Lot Twelve (12), of Block Ten (10) WOODLEIGH, a subdivision in Harris County as per map or plat on file with the Clerk of Harris County, Texas.

10. Real property on Irvington Boulevard, in Houston, Texas, which is legally described as follows:

Lot Eleven (11), Block Two (2) of P.A. REED subdivision, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 25, Page 3 of the Map Records of Harris County, Texas.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By:   s/*Zahra Jivani Fenelon*
Zahra Jivani Fenelon
Assistant U.S. Attorney
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas  77002
Phone (713) 567-9000

## CERTIFICATE OF SERVICE

A true and correct copy of this instrument was served on all counsel via electronic court filing on April 6, 2018.

s/*Zahra Jivani Fenelon*
Zahra Jivani Fenelon
Assistant U.S. Attorney