UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| v. | § Crim. No.: H-4:17-cr-00651 |
| | § |
| **FREDDY MONTES, *ET AL.*,** | § |
| | § |
| **Defendants.** | § |

## ORDER

The Court has considered the United States' motion for a continuance of the pre-trial conference current scheduled for June 3, 2021. The United States has represented to the Court that more time is needed due to conflicting court obligations, ongoing plea negotiations, and the need to more fully resolve discovery issues that were pending at the previous pre-trial conference.

Based on the representations made in the United States' motion, the Court finds that the failure to grant a continuance for the abovementioned purposes would result in a miscarriage of justice. The Court further finds that the ends of justice served by granting a continuance for the abovementioned purposes.

IT IS THEREFORE ORDERED that the motion for a continuance is GRANTED. IT IS FURTHER ORDERED that the pretrial conference is reset to __10__ : __00__ a.m. on __June 17, 2021__.

Signed at Houston, Texas, on this __2nd__ day of __June__, 2021.

_____
THE HONORABLE GRAY H. MILLER
SENIOR UNITED STATES DISTRICT JUDGE