## SENTENCE DATA SHEET

| | |
|---|---|
| **DEFENDANT:** | Victor Javiel Gonzalez |
| **CRIMINAL NO.:** | H-4:17-cr-00651-3 |
| **DEFENDANT'S IMMIGRATION STATUS:** | United States Citizen. |
| **GUILTY PLEA:** | Count Thirty: Illegal dealing in firearms, Title 18, U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)<br>Count Thirty-one: Convicted felony in possession of a firearm, Title 18, U.S.C. § 922(g)(1). |
| **SUBSTANCE OF PLEA AGREEMENT:** | Not applicable. |
| **COUNT 30:** | Illegal dealing in firearms, Title 18, U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) |
| **ELEMENTS:** | <u>Illegal dealing in firearms</u><br>1. That the defendant was a person engaged in the business of selling firearms at wholesale or retail on October 6 and 7, 2016.<br>2. That the defendant engaged in such business without a license issued under federal law.<br>3. That the defendant did so willfully, that is, that the defendant was dealing in firearms with knowledge that his conduct was unlawful. |
| **PENALTY:** | Imprisonment not to exceed five years and a fine not to exceed $250,000. |
| **COUNT 31:** | Convicted felon in possession of a firearm, Title 18, U.S.C. § 922(g)(1). |
| **ELEMENTS:** | <u>Convicted felon in possession of a firearm</u><br>1. The defendant must knowingly possess the firearm or ammunition.<br>2. At the time, the defendant had previously knowingly been convicted of a felony, to wit, an offense punishable by a term of imprisonment of at least one year.<br>3. The firearm or ammunition must have traveled in or affected interstate or foreign commerce. |
| **PENALTY:** | Imprisonment not to exceed ten years and a fine not to exceed $250,000. |

| | |
|---|---|
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not applicable. |
| **SENTENCING GUIDELINES:** | Advisory. |
| **SUPERVISED RELEASE:** | Applicable up to a maximum of three years (18 U.S.C. § 3583). |
| **SPECIAL ASSESSMENT:** | $100 per count of conviction (18 U.S.C. § 3013). |
| **ATTACHMENT:** | Proffer |