Case 4:17-cr-00651   Document 642   Filed on 12/21/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO. 4:17-CR-00651-3 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| VICTOR JAVIEL GONZALEZ, Defendant. | § § § | |

ORDER ACCEPTING GUILTY PLEA
AND FINDING OF GUILT

Counts Thirty and Thirty- One of the indictment against Defendant Victor Javiel Gonzalez charge him with Illegal Dealing in Firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A) and Convicted Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Dkt 1.

The United States Magistrate Judge has submitted her Report and Recommendation that this Court accept the Defendant's guilty plea and find him guilty as charged. Dkt 629. No party filed any objections.

The Court FINDS that the record and law support the Report and Recommendation, and so the Court adopts it.

The Court FINDS that:

- o Defendant is fully competent and capable of entering an informed plea;
- o Defendant is aware of and fully understands the nature of the pending charge and the consequences and potential penalties of a guilty plea;

- - Defendant understands his rights as provided by statute and under the Constitution and wishes to waive those rights;
  - Defendant's guilty plea is freely made and is both knowing and voluntary; and
  - An adequate and independent basis in fact supports the plea and contains each of the essential elements of the offense charged.

As such, Defendant Victor Javiel Gonzalez is adjudged GUILTY of the offense of Illegal Dealing in Firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A) and Convicted Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

SO ORDERED.

Signed on December 21, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge